UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK O. SILVER,

　　　　Plaintiff,

　　v.

CAPITAL ONE SERVICES, LLC,

　　　　Defendant.

Case No. 3:25-cv-05175-DGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Dkt. No. __; the "Motion") filed by defendant Capital One, N.A., erroneously named as "Capital One Services, LLC". The Court has considered the Motion, any responses and replies to the Motion, the arguments of the parties (if any), and the files and records herein.

The Court, being fully informed, and for good cause shown, finds that the Complaint fails to state a claim for relief as required by the Federal Rules of Civil Procedure. Accordingly,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1.　Defendant's Motion to dismiss is GRANTED.

2.　Plaintiff's Complaint is dismissed with prejudice.

3.　_____

4.　_____

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 1

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4937-3137-5668.1

DATED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

MILLER NASH LLP

*s/ Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
jesus.palomares@millernash.com
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: 503.224.5858 / 206.624.8300
Facsimile: 503.224.0155 / 206.340.9599

Attorneys for Defendant
Capital One, N.A. (erroneously sued as "Capital One Services, LLC")

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 2

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4934-0395-5668.1