The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 3:25-cv-05175-DGE<br><br>**DEFENDANT CAPITAL ONE, N.A.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 19, 2026** |

Defendant Capital One, N.A. ("Capital One"), hereby opposes, in part, Plaintiff Frederick O. Silver's ("Plaintiff") Motion for Entry of Protective Order (Dkt. No. 75, hereinafter, the "Motion").

While Capital One is agreeable to entry of a protective order in this matter, Plaintiff has included one sentence in his proposed protective order (located at pages 5 to 15 of his Motion – hereinafter, the "Proposed Order") that Capital One contends should be stricken.

As Plaintiff has stated in his Motion, he added language to Section 6.3 of his Proposed Order to which Capital One had not agreed. Specifically, under Section 6.3 of the Proposed Order, Plaintiff has included the following sentence: "Nothing in this Order limits the Court's ability, under CR 26 or any other applicable rule, to award fees and costs where a party is required to seek relief from improper or overbroad confidentiality

CAPITAL ONE, N.A.'S PARTIAL OPPOSITION TO PLAINTIFF'S
MOTION FOR ENTRY OF PROTECTIVE ORDER  - 1

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1  designations." Plaintiff's inclusion of this language appears to be a reference to
2  Washington State Superior Court Civil Rule 26 ("General Provisions Governing
3  Discovery"). As this matter is proceeding in federal court, Capital One respectfully
4  requests that the Court strike the foregoing sentence from the Proposed Order.

5  DATED this 12th day of March 2026.

MILLER NASH LLP

*s/ Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
jesus.palomares@millernash.com
Sarah Chicoine, WSBA No. 58487
sarah.chicoine@millernash.com
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: 206.624.8300
Facsimile: 206.340.9599

Attorneys for defendant Capital One, N.A.

I certify that this memorandum contains 189 words, in compliance with the Local Civil Rules.

CAPITAL ONE, N.A.'S PARTIAL OPPOSITION TO PLAINTIFF'S
MOTION FOR ENTRY OF PROTECTIVE ORDER - 2

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

**DECLARATION OF SERVICE**

The undersigned declares that on March 12, 2026, a copy of the foregoing document was electronically filed with the Clerk of the Court via CM/ECF and served on the following party at the address and via the method(s) listed below.

| | |
|---|---|
| Frederick O. Silver<br>21905 Mountain Hwy E<br>Unit 4143<br>Spanaway, WA 98387-7583<br><br>*Plaintiff, Pro Se* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered via Legal Messenger<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ Email: asclv1@gmail.com<br>☒ E-service via CM/ECF |
| Thomas N. Abbott<br>Troutman Pepper Locke LLP<br>100 SW Main St.<br>Portland, OR 97204<br>Thomas.abbott@troutman.com<br>(503) 290-2322<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions Inc.* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered via Legal Messenger<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ Email: asclv1@gmail.com<br>☒ E-service via CM/ECF |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Arlington, Washington this 12th day of March 2026.

*s/Edgar Y. Rosales*
Edgar Y. Rosales, Paralegal

---

CAPITAL ONE, N.A.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER - 3

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599