UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK O. SILVER, | CASE NO. 3:25-cv-05175-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAPITAL ONE, N.A., et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Before the Court are Plaintiff's "emergency" motions to compel discovery. (Dkt. Nos. 87, 88.) Plaintiff's motions do not comply with the Court's discovery dispute procedures, which are described in the Court's scheduling order and which require the parties to submit a *joint* discovery dispute statement, no more than *three pages in length*, identifying in plain terms the issues in dispute. (Dkt. No. 55 at 3.) The Court explained the discovery dispute procedure to the Parties at the scheduling hearing held on December 17, 2025, and in two separate minute orders

MINUTE ORDER - 1

regarding Plaintiff's previous motion to compel discovery.  (*See* Dkt. Nos. 60, 62.)  The Court will not be reminding Plaintiff again.  Any future motion to compel will be immediately stricken from the record.

Plaintiff's motions to compel (Dkt. Nos. 87, 88) are STRICKEN.  The Parties are directed to confer in good faith and then prepare and file a **joint** discovery dispute statement if the Parties are unable to resolve their discovery dispute.  The joint discovery dispute statement shall be no more than three pages and shall plainly describe each issue in dispute followed by each party's position as to each issue.  As a reminder, an example of what a joint discovery dispute statement should look like is found at the undersigned's webpage at the Court's website. After the joint discovery dispute statement is filed, the Parties are to contact the courtroom deputy to schedule a discovery hearing.

Dated this 24th day of March, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2